UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYRIL DD ORAM, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN, GENERAL DYNAMICS CORP., DOD INSPECTOR GENERAL, <br><br> Defendants. | CASE NO. 18-5996 RJB <br><br> ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This matter comes before the Court on Plaintiff's Application to Proceed In Forma Pauperis ("IFP"). Dkt. 1. The Court has considered the application and the remainder of the file herein.

On November 29, 2018, Plaintiff, a *pro se*, filed the IFP application (Dkt. 1) and proposed civil complaint (Dkt. 1-1). The proposed complaint references several federal statutes and the U.S. Constitution. Dkt. 1-1. The proposed complaint alleges that the Plaintiff worked for Lockheed Martin, or an affiliate, in the United Arab Emirates, and at some point filed a labor dispute claim. *Id.* Plaintiff asserts that his employment was improperly terminated, he was

denied certain benefits, and was forced to engage in litigation in the United Arab Emirates. *Id.* Plaintiff further asserts that General Dynamics Corp did nothing to transfer Plaintiff's work visa in the United Arab Emirates and blocked his continued employment on a federal contract and on other federal contracts. *Id.* The Plaintiff maintains that the Department of Defense Inspector General refused to properly investigate his complaint and termination. *Id.* As a consequence of all the Defendants' actions, the Plaintiff asserts that he was damaged. *Id.*

**Standard for Granting Application for IFP.** The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

**Review of the Application for IFP**. In his application for IFP, the Plaintiff states that he earns $4,000 a month, receives $125 over the last 12 months in disability, unemployment, workers compensation, or public assistance, has no money in checking or savings accounts, but does have $45,000 in a TSP retirement account. Dkt. 1. The Plaintiff states that he has $5,600 in monthly expenses, which includes $1,100, loan payments of $3,100 per month, and support for his children at $1,500 per month. *Id.*

**Decision on Application for IFP**. The Plaintiff's application for IFP (Dkt. 1) should be denied. While it appears that the Plaintiff has several financial obligations, his salary and savings indicate that he has the funds to pay the filing fee. Accordingly, the Plaintiff should be given until January 11, 2019 to pay the filing fee in this case. Failure to do so may result in dismissal of the case without prejudice.

# ORDER

Therefore, it is hereby **ORDERED** that:

- Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 1) **IS DENIED;** and
- The Plaintiff has until **January 11, 2019** to pay the filing fee in this case; failure to pay the filing fee may result in dismissal of the case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 11th day of December, 2018.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge